AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Bade, Bridget S. | **2. Court or Organization**<br><br>U.S. District Court, Arizona | **3. Date of Report**<br><br>05/12/2016 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full Time | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street, Suite 321
Phoenix, Arizona 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | T&B Trust |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Self-Employed Attorney - Thomas W. Bade PLC (1/1/15-12/31/15) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. (H) ACCOUNTS | | | | | | | | | |
| 2. Arizona Central Credit Union | A | Int./Div. | K | T | | | | | |
| 3. (H) BSB ROTH IRA - BAIRD | | | | | | | | | |
| 4. Aim Invesco Cocmstock | A | Dividend | J | T | | | | | |
| 5. | A | Distribution | | | Buy (add'l) | 12/15/15 | J | | |
| 6. MFS Limited Maturity | A | Dividend | J | T | | | | | |
| 7. (H) TWB ROTH IRA - BAIRD | | | | | | | | | |
| 8. Davis NY Venture | A | Dividend | J | T | Buy (add'l) | 07/06/15 | J | | |
| 9. | A | Distribution | | | Buy (add'l) | 12/14/15 | J | | |
| 10. MFS Limited Maturity | A | Dividend | J | T | | | | | |
| 11. (H) MNB COVERDELL ESA - BAIRD | | | | | | | | | |
| 12. Davis NY Venture | A | Dividend | K | T | Buy (add'l) | 07/06/15 | J | | |
| 13. | B | Distribution | | | Buy (add'l) | 07/06/15 | J | | |
| 14. (H) MTB COVERDELL ESA - BAIRD | | | | | | | | | |
| 15. Davis NY Venture | A | Dividend | J | T | Buy (add'l) | 07/06/15 | J | | |
| 16. | B | Distribution | | | Buy (add'l) | 07/06/15 | J | | |
| 17. Ivy Balanced | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. XLK Sector Technology Select Sector Spdr (X) | A | Dividend | J | T | | | | | |
| 19. (H) BSB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 20. Baird Money Market | A | Interest | J | T | | | | | |
| 21. ESRX common stock | | None | J | T | | | | | |
| 22. GE common stock | A | Dividend | J | T | | | | | |
| 23. HD common stock | A | Dividend | J | T | | | | | |
| 24. MRK common stock | A | Dividend | J | T | | | | | |
| 25. MSFT common stock | A | Dividend | J | T | | | | | |
| 26. PG common stock | A | Dividend | J | T | | | | | |
| 27. XCEL common stock | A | Dividend | K | T | | | | | |
| 28. (H) TWB ROLLOVER IRA - BAIRD | | | | | | | | | |
| 29. Baird Money Market | A | Interest | J | T | | | | | |
| 30. MO common stock | A | Dividend | J | T | | | | | |
| 31. BAC common stock | A | Dividend | J | T | | | | | |
| 32. C common stock | A | Dividend | J | T | | | | | |
| 33. CSCO common stock | A | Dividend | J | T | | | | | |
| 34. COP common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GE common stock | A | Dividend | J | T | | | | | |
| 36. INTC common stock | A | Dividend | J | T | | | | | |
| 37. JPM common stock | A | Dividend | J | T | | | | | |
| 38. JNJ common stock | A | Dividend | J | T | | | | | |
| 39. KRFT common stock | A | Dividend | | | Merged (with line 40) | 07/06/15 | J | | |
| 40. KHC common stock | A | Dividend | J | T | | | | | |
| 41. MRK common stock | A | Dividend | J | T | | | | | |
| 42. MSFT common stock | A | Dividend | J | T | | | | | |
| 43. MDLZ common stock | A | Dividend | J | T | | | | | |
| 44. PM common stock | A | Dividend | K | T | | | | | |
| 45. PFE common stock | A | Dividend | J | T | | | | | |
| 46. PSX common stock | A | Dividend | J | T | | | | | |
| 47. DBO Powershares DB Multi Sector Commodity Trust Oil Fund | | None | J | T | | | | | |
| 48. XCEL common stock | A | Dividend | J | T | | | | | |
| 49. Blackrock S&P 500 Index Investor | A | Dividend | K | T | | | | | |
| 50. | A | Distribution | | | Buy (add'l) | 12/10/15 | J | | |
| 51. (H) BSB ROLLOVER IRA - BEACON POINTE | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TDAM US Government Portfolio | A | Int./Div. | J | T | | | | | |
| 53. iShares Russell 1000 Index Fund | A | Int./Div. | K | T | Buy (add'l) | 06/25/15 | J | | |
| 54. Cullen Value Fd Hi Dvd Fd | A | Int./Div. | K | T | | | | | |
| 55. | A | Distribution | | | Buy (add'l) | 12/31/15 | J | | |
| 56. First Eagle Sogen Fds Inc Global | A | Int./Div. | K | T | | | | | |
| 57. | A | Distribution | | | | | | | |
| 58. Manning & Napier Pro Blend Ext Term Series Fd | A | Int./Div. | | | Sold | 06/25/15 | J | A | |
| 59. | A | Distribution | | | | | | | |
| 60. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | | | | | |
| 61. Virtus Funds Emerging Mkts Oppty | A | Int./Div. | J | T | | | | | |
| 62. GE common stock | A | Dividend | J | T | | | | | |
| 63. GS common stock | A | Dividend | J | T | | | | | |
| 64. BlackRock Strategic Income Opps Inv | A | Int./Div. | K | T | | | | | |
| 65. | A | Distribution | | | | | | | |
| 66. Diamond Hill Small Cap | A | Int./Div. | J | T | Buy | 06/25/15 | J | | |
| 67. | A | Distribution | | | | | | | |
| 68. (H) TWB & BSB JT TEN - BEACON POINTE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TDAM Municpal Portfolio | A | Int./Div. | J | T | | | | | |
| 70. First Eagle Sogen Fds Inc Global | A | Int./Div. | J | T | | | | | |
| 71. | A | Distribution | | | | | | | |
| 72. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | Buy (add'l) | 04/29/15 | J | | |
| 73. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 74. Riverpark Wedgewood Instl | A | Int./Div. | J | T | | | | | |
| 75. | A | Distribution | | | | | | | |
| 76. Riverpark Wedgewood Retail | A | Int./Div. | J | T | | | | | |
| 77. | A | Distribution | | | | | | | |
| 78. Virtus Funds Emerging Mkts Oppo Fd | A | Int./Div. | | | Sold | 12/23/15 | J | A | |
| 79. Diamond Hill Small Cap | A | Int./Div. | J | T | Buy | 01/05/15 | J | | |
| 80. | A | Distribution | | | | | | | |
| 81. iShares MSCI Emerging Markets | A | Int./Div. | J | T | Buy | 12/23/15 | J | | |
| 82. BAC common stock | A | Dividend | J | T | | | | | |
| 83. (H) TWB ROLLOVER IRA - BEACON POINTE | | | | | | | | | |
| 84. TDAM Municipal Portfolio | A | Int./Div. | J | T | | | | | |
| 85. GS common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Riverpark Wedgewood Institutional | A | Int./Div. | J | T | Buy (add'l) | 12/17/15 | J | | |
| 87. | A | Distribution | | | | | | | |
| 88. Diamond Hill Small Cap | A | Int./Div. | K | T | | | | | |
| 89. | A | Distribution | | | | | | | |
| 90. Manning & Napier Pro Moderate Term | A | Int./Div. | | | Sold | 12/23/15 | K | A | |
| 91. | A | Distribution | | | | | | | |
| 92. BlackRock Strategic Income Opps Inv | A | Int./Div. | K | T | | | | | |
| 93. | A | Distribution | | | | | | | |
| 94. Metropolitan West Total Return Bond | A | Int./Div. | K | T | | | | | |
| 95. | A | Distribution | | | | | | | |
| 96. FPA Crescent Portfolio | A | Int./Div. | J | T | | | | | |
| 97. | A | Distribution | | | | | | | |
| 98. Northern Lights Swan Defined Risk | A | Int./Div. | K | T | | | | | |
| 99. Rbb Bp L/S esearch Inv | A | Int./Div. | J | T | Buy (add'l) | 01/05/15 | J | | |
| 100. | A | Distribution | | | | | | | |
| 101. Virtus Funds Emerg Mkts Oppo Fd | A | Int./Div. | J | T | | | | | |
| 102. (H) TWB ROLLOVER IRA - BEACON POINTE - SARATOGA VALUE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TDAM Municipal Portfolio Cl A | A | Int./Div. | L | T | | | | | |
| 104. MMM common stock | A | Dividend | J | T | | | | | |
| 105. ABBV common stock | A | Dividend | | | Sold | 07/17/15 | J | A | |
| 106. AAPL common stock | A | Dividend | J | T | | | | | |
| 107. ACN common stock | A | Dividend | J | T | | | | | |
| 108. ADP common stock | A | Dividend | J | T | | | | | |
| 109. BAX common stock | A | Dividend | J | T | | | | | |
| 110. BXLT common stock | A | Dividend | J | T | Spinoff (from line 109) | 07/01/15 | J | | |
| 111. BDX common stock | A | Dividend | J | T | Sold (part) | 08/28/15 | J | A | |
| 112. BRK B common stock | A | Dividend | J | T | | | | | |
| 113. CHRW common stock | A | Dividend | J | T | | | | | |
| 114. CTSH common stock | | None | J | T | | | | | |
| 115. CSCO common stock | A | Dividend | J | T | | | | | |
| 116. COH common stock | A | Dividend | J | T | | | | | |
| 117. KO common stock | A | Dividend | J | T | | | | | |
| 118. IBM common stock | A | Dividend | J | T | | | | | |
| 119. JNJ common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  MCD common stock | A | Dividend | | | Sold (part) | 03/02/15 | J | A | |
| 121. | | | | | Sold | 10/22/15 | J | A | |
| 122.  MDT common stock | A | Dividend | J | T | | | | | |
| 123.  MSFT common stock | A | Dividend | J | T | | | | | |
| 124.  NKE common stock | A | Dividend | J | T | Sold (part) | 09/25/15 | J | A | |
| 125.  NVO common stock | A | Dividend | J | T | | | | | |
| 126.  OMC common stock | A | Dividend | J | T | | | | | |
| 127.  ORCL common stock | A | Dividend | J | T | | | | | |
| 128.  PCP common stock | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 129.  PEP common stock | A | Dividend | J | T | | | | | |
| 130.  PG common stock | A | Dividend | J | T | | | | | |
| 131.  SYK common stock | A | Dividend | | | Sold | 09/03/15 | J | A | |
| 132.  SYY common stock | A | Dividend | J | T | | | | | |
| 133.  TSS common stock | A | Dividend | J | T | | | | | |
| 134.  UTX common stock | A | Dividend | J | T | | | | | |
| 135.  VAR common stock | A | Dividend | J | T | | | | | |
| 136.  WMT common stock | A | Dividend | J | T | Buy (add'l) | 10/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. (H) LIFE INSURANCE POLICIES | | | | | | | | | |
| 138. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 139. Northwestern Mutual Adjsutable CompLife | A | Dividend | J | T | | | | | |
| 140. Northwestern Muutal Adjsutable CompLife | A | Dividend | J | T | | | | | |
| 141. Northwestern Mutual Whole Life | A | Dividend | J | T | | | | | |
| 142. Northwestern Mutual 65 Life | A | Dividend | J | T | | | | | |
| 143. (H) OFFICE CONDO | | | | | | | | | |
| 144. TBM2 Investments LLC - office condo in Tempe, AZ | E | Rent | N | U | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bade, Bridget S. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions. The judge is the co-trustee of the T&B Trust, which is a revocable trust for the benefit of the judge, her spopuse and her family. The only assets in the name of the trust are the judge's personal residence and the interests in TBM2 Investments LLC. The residence does not have to be reported in Part VII, and the asset of TBM2 Investments LLC is reported in Part VII, lines 143-44.

Part VII. Different share classes of the same mutual fund have been combined. For example, First Eagle Sogen previously had Class A and Class I entries. Our financial advisor purchases Class A shares with the load waived and then converts them to Class I shares, which have a lower expense ratio. All A shares eventually become I shares. It is a strategy to reduce overall fund investment expenses. There is no way to report this conversion under the transaction options, and it's not a realization or disposition event. The A shares are simply exchanged for I shares of idenitcal value.

Part VII. Office condo. The membership interests in TBM2 Investments LLC are owned equally by the judge and her spouse through their revocable trust, T&B Trust. The judge's spouse is the manager of the LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Bridget S. Bade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544